FILED
2014 Mar-28 PM 01:37
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| GLORIA JONES, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| vs. ) | Case No. 5:05-cv-01100-KOB |
| ) | |
| DONALD RUMSFELD, ) | |
| SECRETARY OF DEFENSE, ) | |
| ) | |
| Defendant ) | |

## **MEMORANDUM OPINION**

On February 14, 2014, the magistrate judge entered his report and recommendation, recommending that the court grant the defendant's motion for summary judgment on all counts and dismiss the case with prejudice. (R. 25). After obtaining an extension of time, plaintiff filed objections to the magistrate judge's report and recommendation on March 17, 2014. (R. 28).

The court has carefully considered de novo the entire record in this case, including the magistrate judge's report and recommendation and the plaintiff's objections. The court hereby ADOPTS the magistrate judge's report and ACCEPTS his recommendation that the court grant the defendant's motion for summary

judgment (doc. 11).  The court finds that no genuine issues of material fact exist for any count in the Complaint, and that the defendant is entitled to judgment as a matter of law on all counts.

The court will enter a separate Order in conformity with this Memorandum Opinion.

DONE and ORDERED this 28th day of March, 2014.

_____
KARON OWEN BOWDRE
CHIEF UNITED STATES DISTRICT JUDGE